THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EXPEDITORS INTERNATIONAL OCEAN, INC.,<br><br>                    Defendant. | IN ADMIRALTY<br><br>NO. C08-0374-JCC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

COME NOW the parties, by and through their undersigned counsel of record, and

hereby stipulate and agree that this matter has been fully settled and compromised, and

therefore should be dismissed with prejudice and without costs.

DATED this 13th day of February 2009.

| | |
|---|---|
| */s/ Charles M. Davis* | */s/ Steven W. Block* |
| Charles M. Davis, WSBA #5088 | Steven W. Block, WSBA #24299 |
| CHARLES M. DAVIS | BETTS, PATTERSON & MINES, P.S. |
| 4767 Wharf Road | 701 Pike Street, Suite 1400 |
| Bow, Washington 98232 | Seattle, Washington 98101-3927 |
| Telephone: 360-766-3223 | Telephone: 206-292-9988 |
| Facsimile: 360-766-4014 | Facsimile: 206-343-7053 |
| E-Mail: cdavis@davismarine.com | E-Mail: sblock@bpmlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATION AND ORDER OF
DISMISSAL
NO. 2:08-cv-00374-JCC
391731/021909 0858/73280003

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that this matter be and hereby is

DISMISSED with prejudice and without costs.

EXECUTED this 19th day of February, 2009.

_____

THE HONORABLE JOHN C. COUGHENOUR
United States District Judge

Presented by:

*/s/ Charles M. Davis*
Charles M. Davis, WSBA #5088
CHARLES M. DAVIS
4767 Wharf Road
Bow, Washington 98232
Telephone: 360-766-3223
Facsimile: 360-766-4014
E-Mail: cdavis@davismarine.com
Attorneys for Plaintiff


*/s/ Steven W. Block*
Steven W. Block, WSBA #24299
BETTS, PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, Washington 98101-3927
Telephone: 206-292-9988
Facsimile: 206-343-7053
E-Mail: sblock@bpmlaw.com
Attorneys for Defendant

STIPULATION AND ORDER OF
DISMISSAL
NO. 2:08-cv-00374-JCC
391731/021909 0858/73280003

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  **Certificate of Service**

2  I hereby certify that on this 13th day of
3  February 2009, the foregoing was electronically
   filed with the Clerk of the Court using the
4  CM/ECF system, which will send notification of
   such filing to The Honorable <u>John C.</u>
5  <u>Coughenour</u> and <u>all counsel of record</u>.

6  <u>*/s/Laura K. Criss*</u>
   Legal Assistant
7  BETTS, PATTERSON & MINES, P.S.
8  One Convention Place
   701 Pike Street, Suite 1400
9  Seattle, Washington 98101-3927
   Telephone: 206-292-9988
10 Facsimile: 206-343-7053
   E-Mail: <u>lcriss@bpmlaw.com</u>
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF
DISMISSAL
NO. 2:08-cv-00374-JCC
391731/021909 0858/73280003

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988